## No. 16,254.

BRINKER *v.* CITY OF STERLING, A
MUNICIPAL CORPORATION.
(217 P. [2d] 613)

Decided February 6, 1950.   Rehearing denied May 1, 1950.

Messrs. BANCROFT, BLOOD & LAWS, Mr. MYLES P. TALL-MADGE, for plaintiff in error.

Mr. THOMAS KEELY, for defendants in error other than Utlaut.

Mr. MORICE W. KONKEL, of counsel.

PER CURIAM.

MR. JUSTICE HAYS not participating. MR. JUSTICE STONE, MR. JUSTICE ALTER and MR. JUSTICE MOORE are in favor of affirmance; whereas MR. CHIEF JUSTICE HIL-LIARD, MR. JUSTICE JACKSON and MR. JUSTICE HOLLAND are in favor of reversal. The court being equally divided in opinion, the judgment stands affirmed by operation of law as provided by Rule 118 (f) R.C.P. Colo.